IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:13CR3142** |
| vs. | |
| JORGE A. MARTINEZ-NOYOLA, | **DETENTION ORDER** |
| Defendant. | |

The defendant is being detained pending trial on another case, and defendant's revocation hearing will be set after the trial in that case. Accordingly, as to this case,

IT IS ORDERED:

1) The above-named defendant shall be detained until further order.

2) The defendant is committed to the custody of the Attorney General for confinement in a corrections facility; the defendant shall be afforded reasonable opportunity for private consultation with counsel; and on order of a court of the United States, or on request of an attorney for the government, the person in charge of the facility shall deliver the defendant to a United States Marshal for appearance in connection with a court proceeding.

December 12, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge